IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TABU McCLURE,<br>　　Plaintiff,<br><br>　　v.<br><br>DEPUTY WARDEN CARROLL,<br>et al.,<br>　　Defendants | :<br>:<br>:　　No. 1:14-cv-2249<br>:<br>:　　(Judge Rambo)<br>:<br>:<br>:<br>: |

# ORDER

**AND NOW**, this 8th day of February 2018, upon consideration of Defendants' motion for sanctions (Doc. No. 58) and motion to stay all case management deadlines (Doc. No. 60), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for sanctions (Doc. No. 58), is **DENIED**. Within fourteen (14) days from the date of this Order, Plaintiff shall serve his responses to Defendants' document requests and supplemental responses to interrogatory numbers 2, 10, 11, and 12 in accordance with the accompanying Memorandum; and

2. Defendants' motion to stay all case management deadlines (Doc. No. 60), is **GRANTED** insofar as the discovery and dispositive motion deadlines are modified to reflect that all remaining discovery shall be completed within sixty (60) days from the date of this Order, and that any dispositive motion shall be filed within thirty (30) days of the close of discovery.

　　　　　　　　　　　　　s/Sylvia H. Rambo　　　　　
　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　United States District Judge