IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TABU N. MCCLURE, | : | |
|    Plaintiff | : | |
| | : | No. 1:14-cv-2249 |
| v. | : | |
| | : | (Judge Rambo) |
| COMMISSIONER JEFFREY T. HASTE, *et al.*, | : | |
|    Defendants | : | |

## ORDER

**AND NOW**, this 1st day of May 2019, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The motion for summary judgment filed by Defendants Carroll and Hostetter (Doc. No. 88) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Carroll and Hostetter and against Plaintiff; and

3. The Clerk of Court shall **CLOSE** this case.

                                      s/Sylvia H. Rambo
                                      SYLVIA H. RAMBO
                                      United States District Judge