

**Peter J. Welsh**
Clerk of Court

Office of the Clerk

**UNITED STATES DISTRICT COURT**
for the
**Middle District of Pennsylvania**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:
(717) 221-3920

Williamsport:
(570) 323-6380

June 24, 2021

The Honorable Sylvia H. Rambo
United States District Judge
U.S. District Court, Middle District of Pennsylvania
P.O. Box 868
Harrisburg, PA 17108-868

Re: Report of the Mediator
McClure v. Haste, Civil No. 1: 14-CV-2249 (Rambo, J.)

Dear Judge Rambo:

Follow-up discussions with Mr. McClure and counsel for defendants have resulted in a settlement of all claims. Please issue an appropriate dismissal order.

Thank you again for appointing me to serve as mediator in this case.

                                      Sincerely,

                                    s/ *Joseph A. Barrett*
                                    Joseph A. Barrett