IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TABU MCCLURE,<br>    Plaintiff, | : No. 1:14-cv-2249 |
| v. | : (Judge Rambo) |
| COMMISSIONER JEFFREY T.<br>HASTE, *et al.*,<br>    Defendants | : |

## PARTIES' JOINT STATUS REPORT

Pursuant to this Court's June 24, 2021 Order, the parties hereby file this Joint Status Report to advise this Court that the settlement between the parties has been consummated and that this action should be dismissed with prejudice, without costs, and waiving all rights of appeal.

| | |
|---|---|
| *Pro Se* Plaintiff<br>Tabu N. McClure<br><br>*[signature]*<br>Tabu N. McClure (Tabu Nazshon Phillips)<br>MP-7842<br>SCI-Somerset<br>1590 Walters Mill Road<br>Somerset, PA 15510<br>*Pro Se Plaintiff* | Defendants Carroll and Hostetter<br>by their attorneys<br><br>*[signature]*<br>Frank J. Lavery, Jr., Esquire<br>Lavery Law<br>225 Market Street, Suite 304<br>P.O. Box 1245<br>Harrisburg, PA 17108-1245<br>flavery@laverylaw.com<br>*Attorneys for Defendants Carroll and Hostetter* |